AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of NY

VIDAL MAURICE WHITLEY,  
*Plaintiff*  
v.  
GOVERNOR ANDREW CUOMO &  
DOCCS COMMISSIONER ANTHONY ANNUCCI,  
*Defendant*

Civil Action No.   19-CV-6442-FPG

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other:   The Clerk of Court will close this case as dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge   Frank P. Geraci, Jr.   on a motion for n/a dismissing case with prejudice.

Date:   11/27/2019

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*